Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Nicole D. Snorton,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Case Number: 22-1190 |
| | ) |
| **DHL Global Forwarding,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Nicole D. Snorton's action against Defendant DHL Global Forwarding is DISMISSED without prejudice for failure to state a claim and failure to comply with the Court's order.

**Dated:**    11/1/2022

                                                      s/ Shig Yasunaga
                                                      Shig Yasunaga
                                                      Clerk, U.S. District Court

                                                      MMM